RECEIVED

MAR 1 9 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AMOS JACKSON | CIVIL ACTION NO. 12-cv-1965 |
| VERSUS | JUDGE STAGG |
| STEVE HAYDEN, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 22) is **denied** and Defendant's Motion for Summary Judgment (Doc. 26) is **granted in part** by dismissing all claims against defendant Kevin Kidd but **denied** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 18th day of March, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE